IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SEAN K. ANDREWS, et al.,      }
                              }
    Plaintiffs,                }
                              }         CIVIL ACTION NO.
v.                            }
                              }         98-AR-1957-S
JOHN T. CHRISTIANSEN, et al., }
                              }
    Defendants.                }

## MEMORANDUM OPINION

On December 21, 1998, this court entered an order notifying the parties that defendants' supplemental motion for transfer of venue filed on December 18, 1998 "will be taken under submission simultaneously with the defendants' motion for summary judgment at 4:30 p.m., January 29, 1999." On January 6, 1999, the court granted plaintiffs' motion for an extension of the date upon which defendants' motion for summary judgment would be taken under submission. This order did not extend the time within which the motion to transfer would be taken under submission because the factual development necessary for disposition of the summary judgment consideration and the factual development necessary for the venue determination are distinct. Accordingly, the venue question is under submission unless this court grants the motion filed by plaintiffs on January 29, 1999, for an extension.

Plaintiffs have not submitted any brief or other materials in

response to defendants' motion to transfer. Interestingly, plaintiffs now contend that discovery might lead to information that would justify venue in this court. This court does not see how the undisputed, dispositive facts on the venue question can be altered. Both defendants are residents of the State of Florida, and all relevant activity occurred in the State of Florida. The predominant witnesses reside in Florida.

Defendants' motion to transfer is due to be granted. A separate, appropriate order to this effect will be entered.

DONE this ___1st___ day of February, 1999.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE